1  McGREGOR W. SCOTT
   United States Attorney
2  AMY SCHULLER HITCHCOCK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO. 2:18-CR-00033-WBS

12                 Plaintiff,              STIPULATION TO SET INITIAL APPEARANCE
                                           AND VACATE PREVIOUSLY-SET DATE;
13            v.                           [PROPOSED] ORDER

14  WILLIAM LAMAR BLESSETT,                DATE: February 27, 2018
                                           TIME: 2:00 p.m.
15                 Defendant.              COURT: Hon. Allison Claire

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.    On February 22, 2018, an Indictment was filed as to defendant.

21        2.    By previous order, defendant's initial appearance on the Indictment was set for March 16,

22  2018 before Magistrate Judge Deborah Barnes. A Notice to Appear was issued to defendant. *See* ECF

23  3.

24        3.    The parties have conferred, and by stipulation, now request that the Court place the

25  above-captioned case on calendar for initial appearance and arraignment on February 27, 2018 at 2:00

26  p.m. before Magistrate Judge Allison Claire.

27        4.    The parties further request that the previously-set date for the initial appearance, March

28  16, 2018, be vacated.

1    IT IS SO STIPULATED.

2

3

4    Dated:  February 26, 2018                    McGREGOR W. SCOTT
                                                 United States Attorney

5

6                                                /s/ AMY SCHULLER
                                                 HITCHCOCK
7                                                AMY SCHULLER
                                                 HITCHCOCK
8                                                Assistant United States Attorney

9

10   Dated:  February 26, 2018                   /s/ DOUGLAS BEEVERS
                                                 DOUGLAS BEEVERS
11                                               Assistant Federal Defender
                                                 Counsel for Defendant
12                                               William Lamar Blessett

13

14

15                      **[PROPOSED] FINDINGS AND ORDER**

16
     IT IS SO FOUND AND ORDERED this 26th day of February, 2018.
17

18

19                                               ALLISON CLAIRE
                                                 UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28