McGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LAMAR BLESSETT,<br><br>Defendant. | CASE NO. 2:18-CR-00033 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: May 21, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 21, 2018.

2.      By this stipulation, defendant now moves to continue the status conference until July 30, 2018 at 9:00 a.m., and to exclude time between May 21, 2018, and July 30, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes over 600 pages of investigative reports, Excel spreadsheets, images, and other materials, as well as video files. The discovery also includes voluminous contraband material, including thousands of image files and at least 50 video files. All of this discovery has been made available to defense counsel for inspection and copying.

b)      Defense counsel has represented that he is currently assessing the possibility of seeking a competency examination, which will require additional time to research, analyze and possibly pursue.

c)      Additionally, defense counsel is involved in several upcoming trials which will occupy a substantial amount of time.

d)      In light of the voluminous discovery, defense counsel's consideration of a competency evaluation, and defense counsel's upcoming in-court commitments, defense counsel desires additional time to review the voluminous discovery, consult with his client, to conduct investigation and research related to the charges, and to otherwise prepare for trial.

e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)      The government does not object to the continuance.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 21, 2018 to July 30, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

1        4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

5

6

7    Dated:  May 17, 2018                McGREGOR W. SCOTT
                                      United States Attorney

8

9                                          /s/ AMY SCHULLER HITCHCOCK
                                      AMY SCHULLER HITCHCOCK

10                                         Assistant United States Attorney

11

12   Dated:  May 17, 2018                /s/ DOUGLAS BEEVERS
                                      DOUGLAS BEEVERS

13                                         Counsel for Defendant
                                      WILLIAM LAMAR BLESSETT

14

15

16

17   **FINDINGS AND ORDER**

18       IT IS SO FOUND AND ORDERED.

19       Dated:  May 17, 2018

20                                          WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28