1  McGREGOR W. SCOTT
   United States Attorney
2  AMY SCHULLER HITCHCOCK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2822
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,                CASE NO. 2:18-CR-00033 WBS

12                          Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                          v.              FINDINGS AND ORDER

14 WILLIAM LAMAR BLESSETT,                  DATE: July 30, 2018
                                            TIME: 9:00 a.m.
15                          Defendant.      COURT: Hon. William B. Shubb

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.     By previous order, this matter was set for status on July 30, 2018.

21        2.     By this stipulation, defendant now moves to continue the status conference until October

22 1, 2018, and to exclude time between July 30, 2018, and October 1, 2018, under Local Code T4.

23        3.     The parties agree and stipulate, and request that the Court find the following:

24        a)     The government has represented that the discovery associated with this case

25 includes over 600 pages of discovery of investigative reports, Excel spreadsheets, images, and

26 other materials, as well as numerous video discovery also includes voluminous contraband

27 materials, including thousands of image files and at least 50 video files. All of this discovery has

28 been made available to defense counsel for inspection and copying. Counsel for defendant

   STIPULATION REGARDING EXCLUDABLE TIME          1
   PERIODS UNDER SPEEDY TRIAL ACT

1   desires additional time to review this discovery, confer with his client, consult experts if

2   necessary, and conduct related investigation and research in furtherance of defense preparation.

3          b)      Defense counsel has represented that he continues to assess a competency

4   evaluation, which will require additional time to research, analyze and potentially pursue.

5          c)      Defense counsel has recently been involved in several jury trials and other in-

6   court commitments, which have occupied an unusual amount of time and attention.  These

7   include *United States v. Galloway*, 1:14-cr-114-DAD-BAM, *United States v. Stagno,* 2:17-cr-

8   163-CKD, *United States v. Winn,* 2:17-cr-233-TLN, *United States v. Gasca Rojas,* 2:17-cr-177-

9   JAM, and *United States v. Flucas,* 2:17-cr-209-KJM.  The latter case was tried in June 2018

10  resulting in a partially hung jury, and is set to be retried on September 5, 2018 for an estimated

11  three weeks.  Defense counsel has represented the defendant from indictment, represents the

12  defendant in a related case, and has invested substantial time conferring with this defendant.  It

13  would be extremely difficult for a substituted attorney to obtain the equivalent knowledge and

14  experience relevant to this case, making continuity of counsel particularly significant.

15         d)      Counsel for defendant believes that failure to grant the above-requested

16  continuance would deny him the reasonable time necessary for effective preparation, taking into

17  account the exercise of due diligence.

18         e)      The government does not object to the continuance.

19         f)      Based on the above-stated findings, the ends of justice served by continuing the

20  case as requested outweigh the interest of the public and the defendant in a trial within the

21  original date prescribed by the Speedy Trial Act.

22         g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

23  et seq., within which trial must commence, the time period of July 30, 2018 to October 1, 2018,

24  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

25  because it results from a continuance granted by the Court at defendant's request on the basis of

26  the Court's finding that the ends of justice served by taking such action outweigh the best interest

27  of the public and the defendant in a speedy trial.

28  4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  July 25, 2018                                    McGREGOR W. SCOTT
                                                        United States Attorney


                                                        /s/ AMY SCHULLER HITCHCOCK
                                                        AMY SCHULLER HITCHCOCK
                                                        Assistant United States Attorney


Dated:  July 25, 2018                                    /s/ DOUGLAS J. BEEVERS
                                                        DOUGLAS J. BEEVERS
                                                        Counsel for Defendant
                                                        William Lamar Blessett


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  July 25, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE