```
1  PHILLIP A. TALBERT
   United States Attorney
2  ROBERT J. ARTUZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
```

**FILED**
May 16, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>WILLIAM LAMAR BLESSETT,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:18-CR-00033 WBS<br><br>18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Knowing Possession of Visual Depiction of a Minor Engaging in Sexually Explicit Conduct; 18 U.S.C. § 2253(a) – Criminal Forfeiture |

S U P E R S E D I N G   I N F O R M A T I O N

<u>COUNT ONE</u>: [18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Knowing Possession of Visual Depiction of a Minor Engaging in Sexually Explicit Conduct]

The United States Attorney charges: T H A T

WILLIAM LAMAR BLESSETT,

defendant herein, between in or about April 2017 and October 2017, in the County of Sacramento, State and Eastern District of California, and elsewhere, having previously been convicted of an offense under 18 U.S.C. § 2252(a)(4)(B), did knowingly possess one or more matters which contained one or more visual depictions that had been shipped and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which were produced using materials which had been so shipped and transported, by any means including by computer, where the production of such visual depictions involved the use of a prepubescent minor and a minor who had

not attained 12 years of age engaging in sexually explicit conduct and such visual depictions were of such conduct as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in Count One of this Indictment, defendant WILLIAM LAMAR BLESSETT shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contained visual depictions produced, transported, mailed, or shipped or received in violation thereof; any property, real or personal, constituting traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations, or any property traceable to such property, including but not limited to:

    a) HP laptop (S/N CND6437FVS);
    b) Intel Nextbook (IMEI: 359617050754);
    c) LG cellphone Model LGMS428 (IMEI 358479074822952);
    d) LG cellphone Model LGMS330 (IMEI 357885073094503);
    e) Apple iPhone Model A1661 (S/N C39SR0FUHFY4);
    f) Apple iPad Model A1674 (S/N DMPRH5KPGXQO);
    g) Five AT&T UVerse modems.

2. If any property subject to forfeiture as a result of the offenses alleged in this Indictment, for which defendant is convicted:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be divided without difficulty;

/ / /
/ / /

It is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

Dated: May 16, 2022

PHILLIP A. TALBERT
United States Attorney

By: */s/ Robert J. Artuz*
ROBERT J. ARTUZ
Assistant United States Attorney

INDICTMENT              3

<u>**United States v. William Lamar Blessett**</u>
**Penalties for Superseding Information**

<u>**Defendants**</u>
**William Lamar Blessett**

<u>**COUNT 1:**</u>

VIOLATION:    18 U.S.C. § 2252(a)(4) and (b)(2) – Knowing Possession of Visual Depiction of a Minor Engaging in Sexually Explicit Conduct

PENALTIES:    Mandatory minimum of 10 years in prison and a maximum of up to 20 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

<u>**FORFEITURE ALLEGATION:**</u>

VIOLATION:    18 U.S.C. § 2253 – Criminal Forfeiture

PENALTIES:    As stated in the charging document

11