UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2:18-cr-33 WBS |
|---|---|
| Plaintiff, | |
| v. | ORDER OF RECUSAL |
| WILLIAM LAMAR BLESSET, | |
| Defendant. | |

----oo0oo----

This case is back before this court on remand from the United States Court of Appeals for the Ninth Circuit after defendant's conviction and sentence were reversed.  Previously, the parties informed the court that defendant intended to enter a plea of guilty to a Superseding Information.  However, at the same time as filing a stipulation to set the matter for a change of plea hearing, the parties have now noted that "there is still a significant risk that [defendant] will not plead guilty . . . and the parties may need to proceed to trial."  (Docket No. 106 at 2.)

1

Having presided over the first trial in this action, if this case is to proceed to trial a second time, I am not certain I would be able to set aside everything I saw and heard during the first trial and surrounding proceedings. Accordingly, upon reflection, I believe the best course is for me to recuse myself at this time to allow another judge to deal with this defendant and the issues that will undoubtedly arise if this case has to be tried again. See Liteky v. United States, 510 U.S. 540, 554 (1994). Further, as a senior judge I have to decide which cases to take and which not to take. Under the circumstances, I do not believe my time would be best spent trying this case a second time.

Accordingly, the undersigned judge hereby recuses himself from further proceedings in this case, and the Clerk is directed to reassign this case to another district judge for all further proceedings.

IT IS SO ORDERED.

Dated: June 8, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE