HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
WILLIAM LAMAR BLESSETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:18-cr-00033-WBS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER TO FILE UNDER SEAL DEFENDANT'S EXHIBITS TO UNOPPOSED MOTION FOR REMOTE (ZOOM) ARRAIGNMENT AND CHANGE OF PLEA UNDER THE CARES ACT |
| WILLIAM LAMAR BLESSETT, | ) | |
| Defendant. | ) | |

**IS HEREBY ORDERED** that the Request to Seal Exhibits C and D to WILLIAM LAMAR BLESSETT's Motion for Zoom Hearing is GRANTED, so that the private information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated:  June 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Order to Seal Documents                              -1-