HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIAM LAMAR BLESSETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00033-KJM |
|---|---|
| Plaintiff, | ) ORDER |
| v. | ) Date: October 17, 2022 |
|  | ) Time: 9:00 a.m. |
| WILLIAM LAMAR BLESSETT, | ) Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) |

IT IS HEREBY ORDERED, the Court, having received, read, and considered the unopposed motion (ECF 133), and good cause appearing therefrom, adopts the motion in its entirety as its order.

DATED: October 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Order                                                  -1-