PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM LAMAR BLESSETT,<br><br>Defendant. | 2:18-CR-00033-KJM<br><br>FINAL ORDER OF FORFEITURE |

On or about September 21, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and defendant William Lamar Blessett forfeiting to the United States the following property:

      a.    HP laptop (S/N CND6437FV5),
      b.    Intel Nextbook (IMEI: 359617050754264),
      c.    LG cellphone Model LGMS428 (IMEI 358479074822952),
      d.    LG cellphone Model LGMS330 (IMEI 357885073094503),
      e.    Apple iPhone Model A1661 (S/N C39SR0FUHFY4),
      f.    Apple iPad Model A1674 (S/N DMPRH5KPGXQO), and
      g.    Five AT&T UVerse modems.

Beginning on September 23, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

1

The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

    a.  Rose McNeil:  A notice letter was sent via certified mail to Rose McNeil at 6539 La Cienega Drive, North Highlands, CA 95660 on September 21, 2022.  The USPS Tracking Results show that the recipient has "moved, left no address".  The notice letter was not returned.  According to Thomson Reuters CLEAR, Rose McNeil passed away on April 7, 2020.

    b.  Arielle Blessett:  A notice letter was sent via certified mail to Arielle Blessett at 6539 La Cienega Drive, North Highlands, CA 95660 on September 21, 2022.  The USPS Tracking Results show that the recipient has "moved, left no address".  The notice letter was not returned.

    c.  Arielle Blessett:  A notice letter was sent via certified mail to Arielle Blessett at 4247 Hackberry Ln Apt 21, Carmichael, CA 95608 on February 13, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed and returned to the United States Attorney's office.  The USPS Tracking Results show delivery of the certified mail envelope on February 15, 2023.

    d.  Sharon Hamilton:  A notice letter was sent via certified mail to Sharon Hamilton at 779 Carro Drive, Apt. 2, Sacramento, CA 95825 on September 21, 2022.  The envelope was returned as "not deliverable as addressed, unable to forward".

    e.  Sharon Hamilton:  A notice letter was sent via certified mail to Sharon Hamilton at 3430 Freedom Park Drive, Apt 75, North Highlands, CA 95660-4645 on December 13, 2022.  The envelope was returned as "attempted no known, unable to forward".

    f.  Sharon Hamilton:  A notice letter was sent via certified mail to Sharon Hamilton at 4247 Hackberry Ln Apt 21, Carmichael, CA 95608 on February 13, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed and returned to the United States Attorney's office.  The USPS Tracking Results show delivery of the certified mail envelope on February 15, 2023.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.    A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of William Lamar Blessett, Rose McNeil, Arielle Blessett, and Sharon Hamilton.

2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///

///

Final Order of Forfeiture

3.      The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 2nd day of May, 2023.

_____

CHIEF UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture